# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### CRIMINAL NO. 3:07CR108-02-C

FILED
CHARLOTTE, NC

AUG 0 7 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

**UNITED STATES OF AMERICA**

**V.**  **MEMORANDUM AND ORDER**

**Derrick Duncan**

**THIS MATTER** is before the Court on the request of the U.S. Probation Office, Western District of North Carolina, in that property seized while the above defendant was under Pretrial supervision, one lock-blade knife, be ordered destroyed. The above defendant is currently in the custody of the Federal Bureau of Prisons.

**IT IS, THEREFORE ORDERED** that the Probation Office for the Western District of North Carolina, Charlotte, NC is hereby authorized to destroy the above noted seized items.

_8.6.09_  
Date

_/s/ Robert J. Conrad/_  
Signature of Judicial Officer

Robert J. Conrad, Chief U.S. District Judge  
Name and Title of Judicial Officer